Jonah D. Mitchell (SBN: 203511)
Quynh La (SBN: 341162)
**REED SMITH LLP**
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: 415-543-8700
E-mail: jmitchell@reedsmith.com
E-mail: qla@reedsmith.com

Samuel N. Rudman (*pro hac vice*)
John C. Calhoun (*pro hac vice*)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Telephone: 617-248-4034
E-mail: srudman@choate.com
E-mail: jcalhoun@choate.com

*Attorneys for Defendant
Underdog Sports, LLC d/b/a Underdog Fantasy*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O'SEAN HEAD, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> UNDERDOG SPORTS, LLC d/b/a UNDERDOG FANTASY, AND DOES 1-10, <br><br> Defendants. | Case No. 3:25-cv-05542-CRB <br><br> **JOINT STATUS REPORT, STIPULATION, AND** ~~PROPOSED~~ **ORDER FOR STAY** <br><br> Date: January 12, 2026 <br><br> Complaint Filed: July 1, 2025 <br><br> Judge Charles R. Breyer |

– 1 –

– 2 –

Pursuant to the Court's December 16, 2025 Order (ECF 48) and Civil Local Rule 7-12, Plaintiff O'Sean Head ("Plaintiff") and Defendant Underdog Sports, LLC d/b/a Underdog Fantasy ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, respectfully submit this joint status report, stipulation, and proposed order. In light of continued progress in settlement negotiations, the Parties hereby stipulate to, and respectfully request that the Court order, a stay of proceedings for an additional thirty (30) days to allow the Parties to finalize a settlement.

WHEREAS, Plaintiff filed his Complaint (ECF 1) on July 1, 2025;

WHEREAS, Defendant is also the defendant in a separate putative class action in the Eastern District of New York, *Ballentine v. Underdog Sports, LLC*, No. 1:25-cv-01106-NRM-MMH (E.D.N.Y.);

WHEREAS, on December 12, 2025, the Parties stipulated to (ECF 47) and on December 16 the Court ordered (ECF 48) a stay of proceedings in this action for thirty (30) days to allow the parties to finalize settlement negotiations to resolve both this action and the *Ballentine* action, which had also been stayed;

WHEREAS, the Court ordered the parties to submit a joint status report by January 12, 2026 (ECF 48);

WHEREAS, since the stay was entered, the Parties have continued to negotiate;

WHEREAS, since the stay was entered, the Parties have made substantial progress in settlement negotiations;

WHEREAS, the *Ballentine* action has been stayed for an additional thirty (30) days to allow the parties to continue negotiations (*Ballentine* January 5, 2026 Order);

WHEREAS, an additional stay of thirty (30) days in this action may allow the Parties to finalize settlement terms, avoid potentially unnecessary further litigation, and conserve judicial resources;

WHEREAS, courts in this District regularly stay cases to allow parties to finalize settlement negotiations, *see, e.g., Juarez v. Soc. Fin.*, 2021 U.S. Dist. LEXIS 215027, at *2 (N.D. Cal. Nov. 3, 2021), or in light of "advanced settlement negotiations" in separate related actions, *see, e.g., In re*

– 3 –

*JPMorgan Chase LPI Hazard Litig.*, 2013 U.S. Dist. LEXIS 103007, at *14 (N.D. Cal. July 23, 2013); and

　　　　WHEREAS, the Parties affirm that no party will be prejudiced by this stipulation, nor will the requested stay unduly delay the case;

　　　　NOW, THEREFORE, the Parties hereby stipulate to, and respectfully request the Court order, a stay of proceedings for thirty (30) days. On or before February 11, 2026, the Parties agree to submit a joint status report regarding settlement status.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: January 12, 2026

By: /s/ *Wesley M. Griffith*
Wesley M. Griffith, SBN 286390
**ALMEIDA LAW GROUP LLC**
111 W. Ocean Blvd, Suite 426
Long Beach, CA 90802
Telephone: 310-896-5813
E-mail: wes@almeidalawgroup.com

Margot Cutter, SBN 306789
Charles Blake Stevens
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
E-mail: mcutter@cutterlaw.com
E-mail: cstevens@cutterlaw.com

F. Peter Silva II, SBN 348070
**TYCKO & ZAVAREEI LLP**
333 H Street, Suite 5000
Chula Vista, CA 91911
Telephone: 510-588-5299
E-mail: psilva@tzlegal.com

Katherine M. Aizpuru (*pro hac vice*)
Robert M. Devling (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, District of Columbia 20006
Telephone: 202-973-0900
E-mail: kaizpuru@tzlegal.com
E-mail: rdevling@tzlegal.com

James Bisborrow (*pro hac vice*)
**WEITZ & LUXENBERG PC**
700 Broadway
New York, NY 10003
Telephone: 212-344-5461
E-mail: jbilsborrow@weitzlux.com

Michael Piggins, *pro hac vice* to be filed
**WEITZ & LUXENBERG PC**
3011 W. Grand Blvd., Fl. 24
Detroit, MI 48202
Telephone: 231-366-3108
E-mail: mpiggins@weitzlux.com

– 4 –

Christopher Nienhaus (*pro hac vice*)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Ave
Chicago, IL 60614
Telephone: 708-529-5418
E-mail: chris@almeidalawgroup.com

*Counsel for Plaintiff and the Proposed Class*

Dated: January 12, 2026

By: */s/ Jonah D. Mitchell*
Jonah D. Mitchell (SBN: 203511)
Quynh La (SBN: 341162)
**REED SMITH LLP**
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: 415-543-8700
E-mail: jmitchell@reedsmith.com
E-mail: qla@reedsmith.com

Samuel N. Rudman (*pro hac vice*)
John C. Calhoun, (*pro hac vice*)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Telephone: 617-248-4034
Email: srudman@choate.com
E-mail: jcalhoun@choate.com

*Attorneys for Defendant Underdog Sports, LLC d/b/a Underdog Fantasy*

– 6 –

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January   14   , 2026

_____
Hon. Charles D. Breyer
United States District Judge