Jonah D. Mitchell (SBN: 203511)
Quynh La (SBN: 341162)
**REED SMITH LLP**
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: 415-543-8700
E-mail: jmitchell@reedsmith.com
E-mail: qla@reedsmith.com

Samuel N. Rudman (*pro hac vice*)
John C. Calhoun (*pro hac vice*)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Telephone: 617-248-4034
E-mail: srudman@choate.com
E-mail: jcalhoun@choate.com

*Attorneys for Defendant*
*Underdog Sports, LLC d/b/a Underdog Fantasy*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O'SEAN HEAD, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNDERDOG SPORTS, LLC d/b/a UNDERDOG FANTASY, AND DOES 1-10,<br><br>Defendants. | Case No.  3:25-cv-05542-CRB<br><br>**JOIN STATUS REPORT, STIPULATION, AND ~~PROPOSED~~ ORDER FOR STAY**<br><br>Date: April 13, 2026<br><br>Complaint Filed: July 1, 2025<br><br>Judge Charles R. Breyer |

REED SMITH LLP

– 1 –

Pursuant to the Court's March 13, 2026 Order (ECF 54) and Civil Local Rule 7-12, Plaintiff O'Sean Head ("Plaintiff") and Defendant Underdog Sports, LLC d/b/a Underdog Fantasy ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, respectfully submit this joint status report, stipulation, and proposed order. In light of continued progress in settlement negotiations, the Parties hereby stipulate to, and respectfully request that the Court order, a stay of proceedings through May 18, 2026 to allow the Parties to finalize a settlement.

WHEREAS, Plaintiff filed his Complaint (ECF 1) on July 1, 2025;

WHEREAS, Defendant is also the defendant in a separate putative class action in the Eastern District of New York, *Ballentine v. Underdog Sports, LLC*, No. 1:25-cv-01106-NRM-MMH (E.D.N.Y.);

WHEREAS, on December 12, 2026, the Parties stipulated to (ECF 47) and on December 16 the Court ordered (ECF 48) a stay of proceedings in this action for thirty (30) days to allow the parties to finalize settlement negotiations to resolve both this action and the *Ballentine* action, which had also been stayed;

WHEREAS, on January 12, 2026, the Parties stipulated to (ECF 49) and on January 14 the Court ordered (ECF 50) an additional thirty (30) day stay;

WHEREAS, on February 11, 2026, the Parties stipulated to (ECF 51) and on February 12 the Court ordered (ECF 52) an additional thirty (30) day stay;

WHEREAS, on March 13, 2026, the Parties stipulated to (ECF 53) and on March 13 the Court ordered (ECF 54) an additional thirty (30) day stay;

WHEREAS, the Court ordered the parties to submit a joint status report by April 13, 2026 (ECF 52);

WHEREAS, since the stay was entered, the Parties have continued to negotiate;

WHEREAS, since the stay was entered, the Parties have made substantial progress in settlement negotiations;

WHEREAS, the parties in the *Ballentine* action anticipate filing a motion for settlement approval by May 14, 2026, and the *Ballentine* court has ordered the parties to file that motion by May 14, 2026 (*Ballentine* April 7, 2026 Order);

REED SMITH LLP

WHEREAS, an additional stay through May 18, 2026 in this action may allow the Parties to finalize settlement terms, avoid potentially unnecessary further litigation, and conserve judicial resources;

WHEREAS, courts in this District regularly stay cases to allow parties to finalize settlement negotiations, *see, e.g., Juarez v. Soc. Fin.*, 2021 U.S. Dist. LEXIS 215027, at *2 (N.D. Cal. Nov. 3, 2021), or in light of "advanced settlement negotiations" in separate related actions, *see, e.g., In re JPMorgan Chase LPI Hazard Litig.*, 2013 U.S. Dist. LEXIS 103007, at *14 (N.D. Cal. July 23, 2013);

WHEREAS, the Parties affirm that no party will be prejudiced by this stipulation, nor will the requested stay unduly delay the case; and

NOW, THEREFORE, the Parties hereby stipulate to, and respectfully request the Court order, a stay of proceedings through May 18, 2026. On or before May 18, 2026, the Parties agree to submit a joint status report regarding settlement status.

**IT IS SO STIPULATED.**

REED SMITH LLP

– 2 –

Respectfully submitted,

Dated: April 13, 2026

By: */s/ Wesley M. Griffith*
Wesley M. Griffith, SBN 286390
**ALMEIDA LAW GROUP LLC**
3415 S Sepulveda Blvd Ste 1121
Los Angeles, CA 90034-7090
Telephone: 310-896-5813
E-mail: wes@almeidalawgroup.com

Margot Cutter, SBN 306789
Charles Blake Stevens
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
E-mail: mcutter@cutterlaw.com
E-mail:cstevens@cutterlaw.com

F. Peter Silva II, SBN 348070
**TYCKO & ZAVAREEI LLP**
333 H Street, Suite 5000
Chula Vista, CA 91911
Telephone: 510-588-5299
E-mail: psilva@tzlegal.com

Katherine M. Aizpuru (*pro hac vice*)
Robert M. Devling (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, District of Columbia 20006
Telephone: 202-973-0900
E-mail: kaizpuru@tzlegal.com
E-mail: rdevling@tzlegal.com

James Bisborrow (*pro hac vice*)
**WEITZ & LUXENBERG PC**
700 Broadway
New York, NY 10003
Telephone: 212-344-5461
E-mail: jbilsborrow@weitzlux.com

Michael Piggins, *pro hac vice* to be filed
**WEITZ & LUXENBERG PC**
3011 W. Grand Blvd., Fl. 24
Detroit, MI 48202
Telephone: 231-366-3108
E-mail: mpiggins@weitzlux.com

– 3 –

Christopher Nienhaus (*pro hac vice*)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Ave
Chicago, IL 60614
Telephone: 708-529-5418
E-mail: chris@almeidalawgroup.com

*Counsel for Plaintiff and the Proposed Class*

Dated: April 13, 2026

By: */s/ Jonah D. Mitchell*
Jonah D. Mitchell (SBN: 203511)
Quynh La (SBN: 341162)
**REED SMITH LLP**
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: 415-543-8700
E-mail: jmitchell@reedsmith.com
E-mail: qla@reedsmith.com

Samuel N. Rudman (*pro hac vice*)
John C. Calhoun, (*pro hac vice*)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Telephone: 617-248-4034
Email: srudman@choate.com
E-mail: jcalhoun@choate.com

*Attorneys for Defendant Underdog Sports, LLC*
*d/b/a Underdog Fantasy*

JOINT STATUS REPORT, STIPULATION, AND ~~PROPOSED~~ ORDER FOR STAY
CASE NO. 3:25-CV-05542-CRB

– 5 –

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April ___16___, 2026

_____
Hon. Charles D. Breyer
United States District Judge