Jonah D. Mitchell (SBN: 203511)
**KILPATRICK TOWNSEND**
Two Embarcadero Center
Suite 1900
San Francisco, CA 94111
Telephone: 415-273-7505
E-mail: jmitchell@ktslaw.com

Samuel N. Rudman (*pro hac vice*)
John C. Calhoun (*pro hac vice*)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Telephone: 617-248-4034
E-mail: srudman@choate.com
E-mail: jcalhoun@choate.com

*Attorneys for Defendant*
*Underdog Sports, LLC d/b/a Underdog Fantasy*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

O'SEAN HEAD, individually and on behalf of others similarly situated,

Plaintiff,

vs.

UNDERDOG SPORTS, LLC d/b/a UNDERDOG FANTASY, AND DOES 1-10,

Defendants.

Case No. 3:25-cv-05542-CRB

**JOINT STATUS REPORT, STIPULATION, AND ~~PROPOSED~~ ORDER FOR STAY**

Date: August 19, 2026

Complaint Filed: July 1, 2025

Judge Charles R. Breyer

Pursuant to the Court's July 21, 2026 Order (ECF 62) and Civil Local Rule 7-12, Plaintiff O'Sean Head ("Plaintiff") and Defendant Underdog Sports, LLC d/b/a Underdog Fantasy ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, respectfully submit this joint status report, stipulation, and proposed order. In light of continued progress in settlement negotiations, the Parties hereby stipulate to, and respectfully request that the Court order, a stay of proceedings through September 25, 2026 to allow the Parties to finalize a settlement.

WHEREAS, Plaintiff filed his Complaint (ECF 1) on July 1, 2025;

WHEREAS, Defendant is also the defendant in a separate putative class action in the Eastern District of New York, *Ballentine v. Underdog Sports, LLC*, No. 1:25-cv-01106-NRM-MMH (E.D.N.Y.);

WHEREAS, on December 12, 2025, the Parties stipulated to (ECF 47) and on December 16 the Court ordered (ECF 48) a stay of proceedings in this action for thirty (30) days to allow the parties to finalize settlement negotiations to resolve both this action and the *Ballentine* action, which had also been stayed;

WHEREAS, on January 12, 2026, the Parties stipulated to (ECF 49) and on January 14 the Court ordered (ECF 50) an additional thirty (30) day stay;

WHEREAS, on February 11, 2026, the Parties stipulated to (ECF 51) and on February 12 the Court ordered (ECF 52) an additional thirty (30) day stay;

WHEREAS, on March 13, 2026, the Parties stipulated to (ECF 53) and on March 13 the Court ordered (ECF 54) an additional thirty (30) day stay;

WHEREAS, on April 13, 2026 the Parties stipulated to (ECF 55) and on April 16 the Court ordered (ECF 56) an additional thirty (30) day stay;

WHEREAS, on May 18, 2026, the Parties stipulated to (ECF 57) and on May 19 the Court ordered (ECF 58) an additional thirty (30) day stay until June 18, 2026;

WHEREAS, on June 18, 2026, the Parties stipulated to (ECF 59) and on June 22 the Court ordered (ECF 60) an additional thirty (30) day stay until July 20, 2026;

WHEREAS, the Court ordered the parties to submit a joint status report by July 20, 2026 (ECF 60);

WHEREAS, on July 20, 2026, the Parties stipulated to (ECF 61) and on July 21 the Court ordered (ECF 62) an additional thirty (30) day stay until August 19, 2026;

WHEREAS, the Court ordered the parties to submit a joint status report by August 19, 2026 (ECF 62);

WHEREAS, since the stay was entered, the Parties have continued to negotiate;

WHEREAS, since the stay was entered, the Parties have made substantial progress in settlement negotiations;

WHEREAS, on August 14, 2026, in light of ongoing settlement efforts, the parties in *Ballentine* filed a joint status report informing the court of ongoing settlement discussions and agreeing to appear for a telephonic status conference on September 24, 2026, pursuant to the court's July 27, 2026 order (*Ballentine* ECF 42);

WHEREAS, an additional stay through September 25, 2026 in this action may allow the Parties to finalize settlement terms, avoid potentially unnecessary further litigation, and conserve judicial resources;

WHEREAS, courts in this District regularly stay cases to allow parties to finalize settlement negotiations, *see, e.g.*, *Juarez v. Soc. Fin.*, 2021 U.S. Dist. LEXIS 215027, at *2 (N.D. Cal. Nov. 3, 2021), or in light of "advanced settlement negotiations" in separate related actions, *see, e.g.*, *In re JPMorgan Chase LPI Hazard Litig.*, 2013 U.S. Dist. LEXIS 103007, at *14 (N.D. Cal. July 23, 2013);

WHEREAS, the Parties affirm that no party will be prejudiced by this stipulation, nor will the requested stay unduly delay the case; and

NOW, THEREFORE, the Parties hereby stipulate to, and respectfully request the Court order, a stay of proceedings through September 25, 2026. On or before September 25, 2026, the Parties agree to submit a joint status report regarding settlement status.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: August 19, 2026

By: /s/ *Wesley M. Griffith*

Wesley M. Griffith, SBN 286390
**ALMEIDA LAW GROUP LLC**
3415 S Sepulveda Blvd Ste 1121
Los Angeles, CA 90034-7090
Telephone: 310-896-5813
E-mail: wes@almeidalawgroup.com

Margot Cutter, SBN 306789
Charles Blake Stevens
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
E-mail: mcutter@cutterlaw.com
E-mail:cstevens@cutterlaw.com

F. Peter Silva II, SBN 348070
**TYCKO & ZAVAREEI LLP**
333 H Street, Suite 5000
Chula Vista, CA 91911
Telephone: 510-588-5299
E-mail: psilva@tzlegal.com

Katherine M. Aizpuru (*pro hac vice*)
Robert M. Devling (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, District of Columbia 20006
Telephone: 202-973-0900
E-mail: kaizpuru@tzlegal.com
E-mail: rdevling@tzlegal.com

James Bisborrow (*pro hac vice*)
**WEITZ & LUXENBERG PC**
700 Broadway
New York, NY 10003
Telephone: 212-344-5461
E-mail: jbilsborrow@weitzlux.com

Michael Piggins, *pro hac vice* to be filed
**WEITZ & LUXENBERG PC**
3011 W. Grand Blvd., Fl. 24
Detroit, MI 48202
Telephone: 231-366-3108
E-mail: mpiggins@weitzlux.com

Christopher Nienhaus (*pro hac vice*)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Ave
Chicago, IL 60614
Telephone: 708-529-5418
E-mail: chris@almeidalawgroup.com

*Counsel for Plaintiff and the Proposed Class*

Dated: August 19, 2026

By: /s/ Jonah D. Mitchell

Jonah D. Mitchell (SBN: 203511)
**KILPATRICK TOWNSEND**
Two Embarcadero Center
Suite 1900
San Francisco, CA 94111
Telephone: 415-273-7505
E-mail: jmitchell@ktslaw.com

Samuel N. Rudman (*pro hac vice*)
John C. Calhoun, (*pro hac vice*)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Telephone: 617-248-4034
Email: srudman@choate.com
E-mail: jcalhoun@choate.com

*Attorneys for Defendant Underdog Sports, LLC d/b/a Underdog Fantasy*

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August __19__, 2026

Hon. Charles D. Breyer
United States District Judge