Jonah D. Mitchell (SBN: 203511)
**KILPATRICK TOWNSEND**
Two Embarcadero Center
Suite 1900
San Francisco, CA 94111
Telephone: 415-273-7505
E-mail: jmitchell@ktslaw.com

Samuel N. Rudman (*pro hac vice*)
John C. Calhoun (*pro hac vice*)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Telephone: 617-248-4034
E-mail: srudman@choate.com
E-mail: jcalhoun@choate.com

*Attorneys for Defendant*
*Underdog Sports, LLC d/b/a Underdog Fantasy*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| O'SEAN HEAD, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNDERDOG SPORTS, LLC d/b/a UNDERDOG FANTASY, AND DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-05542-CRB<br><br>**JOINT STATUS REPORT, STIPULATION, AND ~~PROPOSED~~ ORDER FOR STAY**<br><br>Date: September 25, 2026<br><br>Complaint Filed: July 1, 2025<br><br>Judge Charles R. Breyer |

Pursuant to the Court's August 19, 2026 Order (ECF 65) and Civil Local Rule 7-12, Plaintiff O'Sean Head ("Plaintiff") and Defendant Underdog Sports, LLC d/b/a Underdog Fantasy ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, respectfully submit this joint status report, stipulation, and proposed order. In light of continued progress in settlement negotiations, the Parties hereby stipulate to, and respectfully request that the Court order, a continued stay of proceedings to allow the Parties to finalize a settlement.

WHEREAS, Plaintiff filed his Complaint (ECF 1) on July 1, 2025;

WHEREAS, Defendant is also the defendant in a separate putative class action in the Eastern District of New York, *Ballentine v. Underdog Sports, LLC*, No. 1:25-cv-01106-NRM-MMH (E.D.N.Y.);

WHEREAS, on December 12, 2025, the Parties stipulated to (ECF 47) and on December 16 the Court ordered (ECF 48) a stay of proceedings in this action for thirty (30) days to allow the parties to finalize settlement negotiations to resolve both this action and the *Ballentine* action, which had also been stayed;

WHEREAS, on January 12, 2026, the Parties stipulated to (ECF 49) and on January 14 the Court ordered (ECF 50) an additional thirty (30) day stay;

WHEREAS, on February 11, 2026, the Parties stipulated to (ECF 51) and on February 12 the Court ordered (ECF 52) an additional thirty (30) day stay;

WHEREAS, on March 13, 2026, the Parties stipulated to (ECF 53) and on March 13 the Court ordered (ECF 54) an additional thirty (30) day stay;

WHEREAS, on April 13, 2026 the Parties stipulated to (ECF 55) and on April 16 the Court ordered (ECF 56) an additional thirty (30) day stay;

WHEREAS, on May 18, 2026, the Parties stipulated to (ECF 57) and on May 19 the Court ordered (ECF 58) an additional thirty (30) day stay until June 18, 2026;

WHEREAS, on June 18, 2026, the Parties stipulated to (ECF 59) and on June 22 the Court ordered (ECF 60) an additional thirty (30) day stay until July 20, 2026;

WHEREAS, on July 20, 2026, the Parties stipulated to (ECF 61) and on July 21 the Court ordered (ECF 62) an additional thirty (30) day stay until August 19, 2026;

WHEREAS, on August 19, 2026, the Parties stipulated to (ECF 64) and on August 19 the Court ordered (ECF 65) an additional stay until September 25, 2026;

WHEREAS, the Court ordered the parties to submit a joint status report by September 25, 2026 (ECF 65);

WHEREAS, since the stay was entered, the Parties have continued to negotiate;

WHEREAS, since the stay was entered, the Parties have made substantial progress in settlement negotiations;

WHEREAS, on September 24, 2026, the parties in *Ballentine* appeared before the court for a telephonic status conference, pursuant to the court's July 27, 2026 order (*Ballentine* ECF 42);

WHEREAS, the *Ballentine* court ordered the parties to appear for a settlement conference in January 2027, on a date to be scheduled;

WHEREAS, an additional stay in this action until after the settlement conference in *Ballentine* may allow the Parties to finalize settlement terms, avoid potentially unnecessary further litigation, and conserve judicial resources;

WHEREAS, courts in this District regularly stay cases to allow parties to finalize settlement negotiations, *see, e.g.*, *Juarez v. Soc. Fin.*, 2021 U.S. Dist. LEXIS 215027, at *2 (N.D. Cal. Nov. 3, 2021), or in light of "advanced settlement negotiations" in separate related actions, *see, e.g.*, *In re JPMorgan Chase LPI Hazard Litig.*, 2013 U.S. Dist. LEXIS 103007, at *14 (N.D. Cal. July 23, 2013);

WHEREAS, the Parties affirm that no party will be prejudiced by this stipulation, nor will the requested stay unduly delay the case; and

NOW, THEREFORE, the Parties hereby stipulate to, and respectfully request the Court order, a stay of proceedings through one week after the January 2027 settlement conference in *Ballentine*. The Parties agree to submit a joint status report regarding settlement status on or before the earlier of (i) one week after the January 2027 settlement conference in *Ballentine* or (ii) February 5, 2027.

/ / /

/ / /

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: September 25, 2026

By: */s/ Wesley M. Griffith*

Wesley M. Griffith, SBN 286390
**ALMEIDA LAW GROUP LLC**
3415 S Sepulveda Blvd Ste 1121
Los Angeles, CA 90034-7090
Telephone: 310-896-5813
E-mail: wes@almeidalawgroup.com

Margot Cutter, SBN 306789
Charles Blake Stevens
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
E-mail: mcutter@cutterlaw.com
E-mail:cstevens@cutterlaw.com

F. Peter Silva II, SBN 348070
**TYCKO & ZAVAREEI LLP**
333 H Street, Suite 5000
Chula Vista, CA 91911
Telephone: 510-588-5299
E-mail: psilva@tzlegal.com

Katherine M. Aizpuru (*pro hac vice*)
Robert M. Devling (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, District of Columbia 20006
Telephone: 202-973-0900
E-mail: kaizpuru@tzlegal.com
E-mail: rdevling@tzlegal.com

James Bisborrow (*pro hac vice*)
**WEITZ & LUXENBERG PC**
700 Broadway
New York, NY 10003
Telephone: 212-344-5461
E-mail: jbilsborrow@weitzlux.com

Michael Piggins, *pro hac vice* to be filed
**WEITZ & LUXENBERG PC**
3011 W. Grand Blvd., Fl. 24
Detroit, MI 48202
Telephone: 231-366-3108
E-mail: mpiggins@weitzlux.com

Christopher Nienhaus (*pro hac vice*)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Ave
Chicago, IL 60614
Telephone: 708-529-5418
E-mail: chris@almeidalawgroup.com

*Counsel for Plaintiff and the Proposed Class*

Dated: September 25, 2026

By: */s/ Jonah D. Mitchell*

Jonah D. Mitchell (SBN: 203511)
**KILPATRICK TOWNSEND**
Two Embarcadero Center
Suite 1900
San Francisco, CA 94111
Telephone: 415-273-7505
E-mail: jmitchell@ktslaw.com

Samuel N. Rudman (*pro hac vice*)
John C. Calhoun, (*pro hac vice*)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Telephone: 617-248-4034
Email: srudman@choate.com
E-mail: jcalhoun@choate.com

*Attorneys for Defendant Underdog Sports, LLC d/b/a Underdog Fantasy*

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 30, 2026

Hon. Charles D. Breyer
United States District Judge

## CIVIL LOCAL RULE 5-2(i)(3) ATTESTATION

I attest that each of the other Signatories have concurred in the filing of this document.

*/s/ Jonah D. Mitchell*
Jonah D. Mitchell

Jonah D. Mitchell (SBN: 203511)
**KILPATRICK TOWNSEND**
Two Embarcadero Center
Suite 1900
San Francisco, CA 94111
Telephone: 415-273-7505
E-mail: jmitchell@ktslaw.com

Samuel N. Rudman (*pro hac vice*)
John C. Calhoun (*pro hac vice*)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Telephone: 617-248-5000
E-mail: srudman@choate.com
E-mail: jcalhoun@choate.com

*Attorneys for Defendant*
*Underdog Sports, LLC d/b/a Underdog Fantasy*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| O'SEAN HEAD, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNDERDOG SPORTS, LLC d/b/a UNDERDOG FANTASY, AND DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-05542-CRB<br><br>**DECLARATION OF SAMUEL N. RUDMAN IN SUPPORT OF JOINT STIPULATION TO STAY**<br><br>Date: September 25, 2026<br><br>Complaint Filed: July 1, 2025<br><br>Judge Charles R. Breyer |

**DECLARATION OF SAMUEL N. RUDMAN IN SUPPORT OF JOINT STIPULATION TO STAY**

I, Samuel N. Rudman, state as follows:

1. I provide this Declaration in support of the parties' Joint Status Report, Stipulation, and Proposed Order for Stay in the above-captioned case.
2. I am over eighteen years old, make this Declaration on personal knowledge, and am competent to testify on the matters stated.
3. I am an attorney and partner at Choate, Hall & Stewart LLP. I represent Defendant Underdog Sports, LLC ("Underdog") in this action, as well as in a separate putative class action, *Ballentine v. Underdog Sports, LLC*, No. 1:25-cv-01106-NRM-MMH (E.D.N.Y.).
4. Underdog has engaged in good faith settlement negotiations with Plaintiff in this action and the plaintiffs in *Ballentine*.
5. Since the Court stayed proceedings in this action, the parties have continued to negotiate and made substantial progress in settlement negotiations.
6. The settlement would resolve both this action and the *Ballentine* action, if finally approved by the *Ballentine* court. On September 24, 2026, the parties in *Ballentine* appeared before the court for a telephonic status conference, pursuant to the court's July 27, 2026 order (*Ballentine* ECF 42).
7. At the September 24, 2026 status conference, the *Ballentine* court ordered the parties to appear for a settlement conference in January 2027, on a date to be scheduled;
8. An additional stay in this action through the January 2027 settlement conference in *Ballentine* will allow Underdog and Plaintiff to continue settlement negotiations and potentially avoid unnecessary litigation, while conserving judicial resources.
9. Underdog and Plaintiff agree that no party will be prejudiced by a stay.

[*Signature page follows*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2026

Samuel N. Rudman